1  Law Offices of Bill LaTour
2  Bill LaTour [SBN: 169758]
        11332 Mountain View Ave., Suite C
3       Loma Linda, California 92354
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7  Attorney for Plaintiff

8                 UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  SOLOMON ADEPITAN,                    )   No.  EDCV 08-336 RNB
11                                       )
12       Plaintiff,                      )   [PROPOSED] ORDER AWARDING
         v.                              )   EAJA FEES
13                                       )
14  MICHAEL J. ASTRUE,                   )
    COMMISSIONER OF SOCIAL              )
15  SECURITY,                            )
16                                       )
17       Defendant.                      )

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

19       IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be

20  awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount

21  TWO THOUSAND TWO HUNDRED DOLLARS and 00/cents ($2,200.00), as

22
23  authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced

24  Stipulation.

25

26  DATED: November 19, 2008      _____
27                                HON. ROBERT N. BLOCK
                                  UNITED STATES MAGISTRATE JUDGE
28

-1-